IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORDO

Criminal Case No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     ALEXANDER JAMES DECROIX,

    Defendant.

---

## INFORMATION

---

### COUNT ONE

On or about August 28, 2020, in the State and District of Colorado, the defendant, ALEXANDER JAMES DECROIX, intentionally accessed a computer without authorization, and thereby obtained information from a protected computer.

All in violation of Title 18, United States Code, Sections 1030(a)(2)(C) and 1030(c)(2)(A).

    MATTHEW T. KIRSCH
    ACTING UNITED STATES ATTORNEY

By:    s/JD Rowell
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Fax: 303-454-0405
    Email: JD.Rowell@usdoj.gov
    Attorney for the Government